IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALEXANDER HARRIS**                                   **PLAINTIFF**

**VS.**                 **CASE NO. 1:16CV00010 PSH**

**CAROLYN W. COLVIN,**
Acting Commissioner, Social
Security Administration                           **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 11th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE